UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEGUNDO SUENOS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MARSHALL JONES, an individual; and DOES 1 through 10, inclusive,<br><br>    Defendant. | Case No. CV 10-02986 DMG (JCx)<br><br>Assigned to the Hon. Dolly M. Gee<br><br>**JUDGMENT –JS6** |

The Motion by Defendant Marshall Jones to dismiss the Complaint of Plaintiff Segundo Suenos, LLC ("Plaintiff") (the "Motion to Dismiss") came on for hearing before the Court, the Honorable Dolly M. Gee, Judge, presiding, on July 26, 2010.

Having fully considered the evidence, the moving and opposition papers, the oral arguments of counsel, and being fully advised, and having filed its Order Granting Mr. Jones' Motion to Dismiss on July 27, 2010:

THE COURT ORDERS, ADJUDGES AND DECREES THAT:

1. Judgment shall be entered in favor of Defendant Marshall Jones and against Plaintiff Segundo Suenos, LLC, for the reasons stated in the Court's Order granting the Motion to Dismiss;

2. Plaintiff shall take nothing by this action;

3. The Court dismisses the above-captioned action with prejudice; and

4. Defendant Jones shall recover his costs.

IT IS SO ORDERED.

Dated: July 30, 2010

_____
The Honorable Dolly M. Gee
U.S. District Judge

151033\0009001\600673373.1